JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEE KAGEL,<br><br>Defendant. | Case No. 2:24-cr-00024-GMN-DJA<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Theodore M. Kneller, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

///

///

///

///

///

1. Mr. Kneller is a member in good standing of the bar of the District of Columbia, he
2. is employed by the United States as an attorney, and, in the course and scope of his
3. employment, he has occasion to appear before the Court on behalf of the United States in
4. connection with the above-captioned matter.
5. Dated: February 7, 2024

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

### Order

IT IS HEREBY ORDERED that Theodore M. Kneller is permitted to appear before this Court in this case.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2024