RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Lee Kagel

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE KAGEL,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00024-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Theodore M. Kneller, Trial Attorney, U.S. Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Lee Kagel, that the change of plea hearing currently scheduled on March 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　　Mr. Kagel's bail report indicates he has frontal lobe dementia. The parties request additional time so the defense can follow up and determine if Mr. Kagel is competent to plea.

2.　　The defendant is not in custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    This is the first request for a continuance of the change of plea hearing.

3    DATED this 7th day of March, 2024.

4

5    RENE L. VALLADARES                      JASON M. FRIERSON
     Federal Public Defender                 United States Attorney
6

7

8    By  */s/ Benjamin F. J. Nemec*          By  */s/ Theodore M. Kneller*
     BENJAMIN F. J. NEMEC                     THEODORE M. KNELLER
9    Assistant Federal Public Defender       Trial Attorney, U.S. Department of Justice

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DAVID LEE KAGEL,

        Defendant.

Case No. 2:24-cr-00024-GMN-DJA-1

**ORDER**

    IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, March 11, 2024 at 10:00 a.m., be vacated and continued to ___April 1, 2024___ at the hour of 9:00 a.m.

    DATED this __7__ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3